| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| EDWARD M. WOLKOWITZ (State Bar. No. 68298)<br>KRIKOR J. MESHEFEJIAN (State Bar No. 255030)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Tel: (310) 229-1234; Fax: (310) 229-1244<br>Email: emw@lnbyb.com; kjm@lnbyb.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>ART HOVSEPIAN,<br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-27883-VK<br><br>Chapter 7 |
|---|---|

## NOTICE OF SALE OF ESTATE PROPERTY

| **Sale Date:** February 8, 2011 | **Time:** 9:30 A.M. |
|---|---|
| **Location:** Courtroom 1539, 255 East Temple Street, Los Angeles California 90012 | |

Type of Sale:  ☑ Public    ☐ Private    Last date to file objections: 1/25/11

Description of Property to be Sold: Real Property located at 400 North Glenoaks and 415 Magnolia, Burbank California, comprising of two adjoining, connected parcels of land

Terms and Conditions of Sale: The Property is being sold on an "as-is, where-is" basis, subject to terms and conditions as approved by the Bankruptcy Court. Parties are advised and encouraged to propose offers as they see fit. Any sale and any requirements related to the sale of the Property are subject to Bankruptcy Court approval.

Proposed Sale Price: $1,015,000 - SUBJECT TO OVERBIDS

Overbid Procedure (If Any): _____

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:
A hearing on the sale is currently scheduled for February 8, 2011, at 9:30 a.m., at the above-referenced location.
Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

Krikor J. Meshefjian, Esq.
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Tel: (310) 229-1234    Email: kjm@lnbyb.com

Date: 1/12/11

Notice of Sale of Estate Property

January 2009

**F 6004-2**

| In re:  Art Hovsepian,  Debtor(s). | CHAPTER 7  CASE NUMBER  10-27883 |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF SALE OF ESTATE PROPERTY** will be or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 18, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Glenn Ward Calsada    glenn@calsadalaw.com
- John-patrick M Fritz    jpf@lnbrb.com
- Vincent V Frounjian    vvf@pacbell.net
- Rosendo Gonzalez    rossgonzalez@earthlink.net
- Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
- Joe M Lozano    notice@NBSDefaultServices.com
- Daren M Schlecter    daren@schlecterlaw.com
- Lindsey L Smith    lls@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Leon L Vickman    lvickman@pacbell.net
- Edward M Wolkowitz    emw@lnbrb.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 18, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 18, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

*By Attorney Service:*
Hon. Victoria S. Kaufman
United States Bankruptcy Court
255 East Temple Street, Ctrm 1675
Los Angeles, CA 90012

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 18, 2011** | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

II. SERVED VIA U.S. MAIL:

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:10-bk-27883-VK<br>Central District Of California<br>Los Angeles<br>Mon Jan 17 16:53:55 PST 2011 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | BAC Home Loan Servicing LP<br>7105 Corporate Dr<br>Plano, TX 75024-4100 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>ATTN: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | JP Morgan Chase Bank Department<br>PO Box 201347<br>Arlington, TX 76006-1347 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Adventist Health Glendale Med Ctr<br>DEP 2086<br>Los Angeles, CA 90084-0001 |
| Alek Hovsepian<br>c/o Law Office of Daren M. Schlecter<br>1875 Century Park East, Suite 1000<br>Los Angeles, CA 90067-2533 | Anahid Hovsepian<br>10324 TujungaCanyon<br>Tujunga, CA 91042-1822 | Anahid Hovsepian<br>c/o Adina Teresa Turman, Esq.<br>PO Box 50003<br>Pasadena, CA 91115-0003 |
| BAC Home Loans Servicing, LP<br>PO Box 515503<br>Los Angeles, CA 90051-6803 | BAC LOAN SERVICING,LP<br>400 NATIONAL WAY,MAIL STOP CA6-919-01-23<br>SIMI VALLEY,CALIFORNIA 93065-6414 | Bank of Ameica<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| Bank of America<br>National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | Bank of America<br>c/o Creditors Interchange<br>80 Hotz Drive<br>Buffalo, NY 14225-1470 | Bank of America<br>c/o ERS Solutions Inc<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Bank of America<br>c/o Frederick J. Hanna & Associates<br>1427 Roswell Rd<br>Marietta, GA 30062-3668 | Bank of America<br>c/o Hunt & Henriques<br>151 Bernal Rd, Suite 8<br>San Jose, CA 95119-1306 | Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 |
| Beachwood Escrow<br>Attn.: Sally Lucero, Sr.Escrow Officer<br>1509 West Magnolia Blvd.<br>Burbank, CA 91506-1835 | Daily New Los Angeles<br>211221 Oxnard St.<br>Woodland Hills, CA 91365 | Debtor<br>Art Hovsepian<br>400 N. Glenoaks Blvd.<br>Burbank, CA 91502-1120 |
| Debtor's Attorney<br>Glenn Ward Calsada, Esq.<br>9924 Reseda Boulevard<br>Northridge, CA 91324-1509 | EXPRESS PIPE & SUPPLY CO INC<br>C/O MICHAEL A SCHERAGO ESQ<br>12400 WILSHIRE BLVD STE 920<br>LOS ANGELES CA 90025-1040 | Express Pipe & Supply<br>c/o William D. Locher, Esq.<br>1880 Century Park East, 12th Fl.<br>Los Angeles, CA 90067-1600 |
| Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | Glendale Adventist Med Center<br>1509 Wilson Terrace<br>Glendale, CA 91206-4098 | Guy Lopez<br>4814 N. McCord Rd<br>Sylvania, OH 43560-3129 |

| | | |
|---|---|---|
| Hungerford and E.M. Scala<br>PO Box 1701<br>Simi Valley, CA 93062-1701 | JP Morgan Chase<br>c/o Tate & Kirlin Associates<br>2810 Southhampton Road<br>Philadelphia, PA 19154-1207 | JP Morgan Chase Bank<br>c/o National Action Financial Services,<br>165 Lawrence Bell Dr., Suite 100<br>Williamsville, NY 14221-7900 |
| KEYBANK<br>C/O WELTMAN, WEINBERG & REIS<br>323 W. LAKESIDE AVE., 2ND FL<br>CLEVELAND, OH 44113-1085 | Kalachi Enterprises Inc.<br>c/o Beachwood Escrow<br>1509 West Magnolia Blvd.<br>Burbank, CA 91506-1835 | Keybank National Association<br>c/o Winn Law Group<br>110 E. Wilshire Ave., Suite 212<br>Fullerton, CA 92832-1960 |
| Los Angeles County Tax Collector<br>PO Box 54017<br>Los Angeles, CA 90054-0017 | Los Angeles County Treasurer and Tax Collect<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Los Angeles Times<br>1210 N. Azusa Canyon Rd.<br>West Covina, CA 91790-1003 |
| Los Angeles Times<br>c/o Biehl&Biehl Inc<br>325 E. Fullerton Ave.<br>Carol Stream, IL 60188-1865 | M.S. Hungerford and E.M. Scala, Trustees<br>c/o Leon L. Vickman, A Law Corporation<br>4646 White Oak Avenue<br>Encino, CA 91316-3831 | M.S. Hungerford and E.M. Scala, Trustees<br>of the Nipotini Trust<br>c/o Leon L. Vickman, a Law Corporation<br>4646 White Oak Avenue<br>Encino, CA 91316-3831 |
| Shankar Lakshman, M.D.<br>1044 South Fair Oaks Ave.<br>Suite 101<br>Pasadena, CA 91105-2622 | Stella Kalachi<br>c/o Beachwood Escrow<br>1509 West Magnolia Blvd.<br>Burbank, CA 91506-1835 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Toyota Motor Credit Corporation<br>3200 West Ray Road<br>Chandler, AZ 85226-2450 | U.S. Trustee (LA)<br>725 S. Figueroa St., #2600<br>Los Angeles, CA 90017-5413 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |
| eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Art Hovsepian<br>400 N. Glenoaks Blvd.<br>Burbank, CA 91502-1120 | Glenn Ward Calsada<br>Law Offices of Glenn W Calsada<br>9924 Reseda Blvd<br>Northridge, CA 91324-1509 |
| Leon Vickman, Esq.<br>4646 White Oak Avenue<br>Encino, CA 91316-3831 | Rosendo Gonzalez (TR)<br>Gonzalez & Associates<br>530 S. Hewitt Street, Suite 148<br>Los Angeles, CA 90013-1906 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION<br>3625 W. Royal Lane, Suite 200<br>Irving, TX 75063 | (d)American Honda Finance<br>PO Box 60001<br>City of Industry, CA 91716 | Toyota Financial Services<br>PO Box 60114<br>City of Industry, CA 91716 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Shoreline Westside Realty

(d)Los Angeles County Tax Collector
PO Box 54017
Los Angeles, CA 90054-0017

(d)Alek Hovsepian
c/o Law Office of Daren M. Schlecter
1875 Century Park East
Suite 1000
Los Angeles, CA 90067-2533

(u)Anahid Hovsepian

End of Label Matrix
Mailable recipients    52
Bypassed recipients     4
Total                  56

**II.** **SERVED VIA U.S. MAIL:**

No. 1 State Plumbing
400 Glenoaks Blvd.
Burbank, CA 91502

Alek Hovsepian
400 Glenoaks Blvd.
Burbank, CA 91502

Susan Mai Truong, dba Modern Nails
415 East Magnolia Blvd.
Burbank, CA 91501

Michael R. Fukushima
Senior Vice President
Total Realty Group
3600 Wilshire Blvd., suite 300
Los Angeles, CA 90010

Ira Pouratian
JP & Assoc. Real Estate
325 N. Oakhurst Dr., #503
Beverly Hills, CA 90210

Scott Crane
NAI Capital
1640 S. Sepulveda Blvd, Suite 500
Los Angeles, CA 90025

**III.    SERVED VIA EMAIL:**

Michael R. Fukushima: mfukushima@total-investment.com

Steve Hovakimyan: Stevehovakimyan@remax.net; ezharry@aol.com

Richard Mayor: richard@rpmayerco.com

Ira Pouratian: irapou@yahoo.com

Raj kaul: RKaul@electroglas.com

Brian DeRosayro: rosayro@gmail.com

Cam Mersola: cammersola@yahoo.com

Scott Crane: Scrane@naicapital.com

Josephine Chung: josephinee@sbcglobal.net

Steven Guitierez-Kovner: sgutierrezkovner@cfgfs.com