1   EDWARD M. WOLKOWITZ (State Bar. No. 68298)
    KRIKOR J. MESHEFEJIAN (State Bar No. 255030)
2   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Boulevard, Suite 1700
3   Los Angeles, California 90067
    Telephone: (310) 229-1234
4   Facsimile: (310) 229-1244
    Email: emw@lnbyb.com; kjm@lnbyb.com
5

6   Attorneys for Rosendo Gonzalez,
    Chapter 7 Trustee
7

8

9             **UNITED STATES BANKRUPTCY COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
10                  **LOS ANGELES DIVISION**

11

| | |
|---|---|
| 12   In re | ) Case No. 2:10-bk-27883-VK |
| 13   ART HOVSEPIAN, | ) Chapter 7 |
| 14 | ) [Converted from Chapter 13] |
| | ) [Assigned to the Hon. Peter H. Carroll |
| 15           Debtor. | ) |
| 16 | ) NOTICE OF HEARING ON CHAPTER 7 |
| | ) TRUSTEE'S MOTION FOR ORDERS: |
| 17 | ) (1) APPROVING SALE OF REAL |
| | )     PROPERTY; AND |
| 18 | ) (2) APPROVING PROPOSED |
| | )     OVERBIDDING PROCEDURE |
| 19 | ) |
| 20 | ) **Date:  February 8, 2011** |
| 21 | ) **Time: 9:30 a.m.** |
| | ) **Place: Courtroom 1539** |
| 22 | )        **255 East Temple Street** |
| | )        **Los Angeles, California** |
| 23 | ) |
| 24 | ) |
| 25 | ) |
| 26 ———————————————————— | ) |

27

28

**PLEASE TAKE NOTICE** that Rosendo Gonzalez, Chapter 7 Trustee for the bankruptcy estate of Art Hovsepian (the "Debtor"), has entered into a commercial property purchase agreement (the "Agreement") with Dr. Hamlet Avanesian/Cathy Avanesian (the "Buyer") pursuant to which the Buyer proposes to purchase two parcels of adjoining real property located at 400 North Glenoaks and 415 Magnolia, Burbank California (collectively the "Property") which is property of the estate. The Trustee has filed a motion (the "Sale Motion") with the Court for orders: (1) approving the sale of the Property to the Buyer; and (2) approving the Trustee's proposed overbidding procedures. A hearing on the Sale Motion and the sale of the Property will be held on February 8, 2011, at 9:30 a.m., in Courtroom 1539 located at 255 E. Temple Street, Los Angeles, California.

The Trustee has obtained seven offers for the purchase of the Property, ranging from approximately $850,000 to $1,250,000. During the past five months the Trustee has marketed the Property, received offers, provided counteroffers, and has ultimately accepted (subject to Court approval) the offer submitted by the Buyer, to purchase the Property for $1,015,000. A copy of the Agreement is attached as Exhibit "1" to the Declaration of Mike Talleda annexed to the Sale Motion.

**PLEASE TAKE FURTHER NOTICE THAT THE SALE OF THE PROPERTY IS SUBJECT TO HIGHER AND BETTER OFFERS WHICH MAY BE PRESENTED BY ANY PARTY INTERESTED IN PURCHASING THE PROPERTY. THE COURT WILL DETERMINE THE WINNING BIDDER AFTER THE HEARING AND OPPORTUNITY FOR PRESENTATION OF HIGHER AND BETTER OFFERS.**

**PLEASE TAKE FURTHER NOTICE** that while no overbidding requirements have been approved by the Court at this time, the Trustee will recommend that the Court approve the following overbidding procedures: The Trustee suggests that the minimum overbid price be $1,025,000, with subsequent overbids in increments of at least $5,000. The Trustee also suggests that any qualified bidder must contact the Trustee at least twenty-four (24) hours in advance of the hearing on the Sale Motion, and submit, before the time of the hearing on the Sale Motion, a

deposit for the purchase of the Property in the amount of at least $100,000.  The Trustee further suggests that, in order to participate in bidding, any bidder must also provide, to the reasonable satisfaction of the Trustee, evidence of a pre-approved loan based on the buyer's written application and credit report, or have cash, and evidence of same, in an amount necessary to consummate the sale at the time of hearing.  The Court has not yet approved these bidding procedures, but the Trustee will request that the Court approve these procedures at the hearing on the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that, as set forth above, the hearing on the sale of the Property shall be conducted on February 8, 2011, at 9:30 a.m. in Courtroom 1539 of the United States Bankruptcy Court for the Central District of California – Los Angeles Division (the "Bankruptcy Court"), located at 255 East Temple Street, Los Angeles, California, or such later time or place as the Trustee shall notify all potential bidders.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Sale Motion shall be conducted on February 8, 2011, at 9:30 a.m., in Courtroom 1539 of the Bankruptcy Court, located at 255 East Temple Street, Los Angeles, California.  Should you wish to obtain a copy of the Sale Motion, the Agreement or any other paper filed in support of the Sale Motion, you may do so by contacting counsel for the Trustee at the number and address provided on the top-left hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1 (f), any opposition to the Sale Motion must be filed with the Clerk of the United States Bankruptcy Court and served upon the United States Trustee as well as counsel for the Trustee at the address located in the upper left-hand corner of the first page of this Notice by no later than fourteen (14) days before the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that the failure to file and serve a timely response to this Motion may be deemed by the Court to be consent to the granting of the relief requested in this Motion.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order:

(1) Approving the sale, pursuant to 11 U.S.C § 363(b)(1), of the Property which is property of the Debtor's estate;

(2) Approving the Trustee's proposed overbidding procedure; and

(3) Granting such further relief as the Court deems just and proper.

DATED:  January 18, 2011

Respectfully submitted,

LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.


By:___*/s/ Krikor J. Meshefejian*_____
        EDWARD M. WOLKOWITZ
        KRIKOR J. MESHEFEJIAN
        Attorneys for Rosendo Gonzalez
        Chapter 7 Trustee

| In re:                          | CHAPTER 7                    |
|                    Art Hovsepian,                | |
|                                 Debtor(s). | CASE NUMBER  10-27883 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDERS: (1) APPROVING SALE OF REAL PROPERTY; AND (2) APPROVING PROPOSED OVERBIDDING PROCEDURE** will be or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 18, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Glenn Ward Calsada    glenn@calsadalaw.com
- John-patrick M Fritz    jpf@lnbrb.com
- Vincent V Frounjian    vvf@pacbell.net
- Rosendo Gonzalez    rossgonzalez@earthlink.net
- Rosendo Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
- Joe M Lozano    notice@NBSDefaultServices.com
- Daren M Schlecter    daren@schlecterlaw.com
- Lindsey L Smith    lls@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Leon L Vickman    lvickman@pacbell.net
- Edward M Wolkowitz    emw@lnbrb.com

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 18, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 18, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**By Attorney Service:**
Hon. Victoria S. Kaufman
United States Bankruptcy Court
255 East Temple Street, Ctrm 1675
Los Angeles, CA 90012

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2011 | Stephanie Reichert | /s/ Stephanie Reichert |
|------------------|--------------------|------------------------|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

Label Matrix for local noticing
0973-2
Case 2:10-bk-27883-VK
Central District Of California
Los Angeles
Mon Jan 17 16:53:55 PST 2011

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

BAC Home Loan Servicing LP
7105 Corporate Dr
Plano, TX 75024-4100

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

JP Morgan Chase Bank Department
PO Box 201347
Arlington, TX 76006-1347

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Adventist Health Glendale Med Ctr
DEP 2086
Los Angeles, CA 90084-0001

Alek Hovsepian
c/o Law Office of Daren M. Schlecter
1875 Century Park East, Suite 1000
Los Angeles, CA 90067-2533

Anahid Hovsepian
10324 TujungaCanyon
Tujunga, CA 91042-1822

Anahid Hovsepian
c/o Adina Teresa Turman, Esq.
PO Box 50003
Pasadena, CA 91115-0003

BAC Home Loans Servicing, LP
PO Box 515503
Los Angeles, CA 90051-6803

BAC LOAN SERVICING,LP
400 NATIONAL WAY,MAIL STOP CA6-919-01-23
SIMI VALLEY,CALIFORNIA 93065-6414

Bank of Ameica
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America
National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442

Bank of America
c/o Creditors Interchange
80 Hotz Drive
Buffalo, NY 14225-1470

Bank of America
c/o ERS Solutions Inc
PO Box 9004
Renton, WA 98057-9004

Bank of America
c/o Frederick J. Hanna & Associates
1427 Roswell Rd
Marietta, GA 30062-3668

Bank of America
c/o Hunt & Henriques
151 Bernal Rd, Suite 8
San Jose, CA 95119-1306

Bank of America, N.A.
P. O. Box 26012
NC4-105-03-14
Greensboro, NC 27420-6012

Beachwood Escrow
Attn.: Sally Lucero, Sr.Escrow Officer
1509 West Magnolia Blvd.
Burbank, CA 91506-1835

Daily New Los Angeles
211221 Oxnard St.
Woodland Hills, CA 91365

Debtor
Art Hovsepian
400 N. Glenoaks Blvd.
Burbank, CA 91502-1120

Debtor's Attorney
Glenn Ward Calsada, Esq.
9924 Reseda Boulevard
Northridge, CA 91324-1509

EXPRESS PIPE & SUPPLY CO INC
C/O MICHAEL A SCHERAGO ESQ
12400 WILSHIRE BLVD STE 920
LOS ANGELES CA 90025-1040

Express Pipe & Supply
c/o William D. Locher, Esq.
1880 Century Park East, 12th Fl.
Los Angeles, CA 90067-1600

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Glendale Adventist Med Center
1509 Wilson Terrace
Glendale, CA 91206-4098

Guy Lopez
4814 N. McCord Rd
Sylvania, OH 43560-3129

Hungerford and E.M. Scala
PO Box 1701
Simi Valley, CA 93062-1701

JP Morgan Chase
c/o Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154-1207

JP Morgan Chase Bank
c/o National Action Financial Services,
165 Lawrence Bell Dr., Suite 100
Williamsville, NY 14221-7900

KEYBANK
C/O WELTMAN, WEINBERG & REIS
323 W. LAKESIDE AVE., 2ND FL
CLEVELAND, OH 44113-1085

Kalachi Enterprises Inc.
c/o Beachwood Escrow
1509 West Magnolia Blvd.
Burbank, CA 91506-1835

Keybank National Association
c/o Winn Law Group
110 E. Wilshire Ave., Suite 212
Fullerton, CA 92832-1960

Los Angeles County Tax Collector
PO Box 54017
Los Angeles, CA 90054-0017

Los Angeles County Treasurer and Tax Collect
PO Box 54110
Los Angeles, CA 90054-0110

Los Angeles Times
1210 N. Azusa Canyon Rd.
West Covina, CA 91790-1003

Los Angeles Times
c/o Biehl&Biehl Inc
325 E. Fullerton Ave.
Carol Stream, IL 60188-1865

M.S. Hungerford and E.M. Scala, Trustees
c/o Leon L. Vickman, A Law Corporation
4646 White Oak Avenue
Encino, CA 91316-3831

M.S. Hungerford and E.M. Scala, Trustees
of the Nipotini Trust
c/o Leon L. Vickman, a Law Corporation
4646 White Oak Avenue
Encino, CA 91316-3831

Shankar Lakshman, M.D.
1044 South Fair Oaks Ave.
Suite 101
Pasadena, CA 91105-2622

Stella Kalachi
c/o Beachwood Escrow
1509 West Magnolia Blvd.
Burbank, CA 91506-1835

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
3200 West Ray Road
Chandler, AZ 85226-2450

U.S. Trustee (LA)
725 S. Figueroa St., #2600
Los Angeles, CA 90017-5413

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Art Hovsepian
400 N. Glenoaks Blvd.
Burbank, CA 91502-1120

Glenn Ward Calsada
Law Offices of Glenn W Calsada
9924 Reseda Blvd
Northridge, CA 91324-1509

Leon Vickman, Esq.
4646 White Oak Avenue
Encino, CA 91316-3831

Rosendo Gonzalez (TR)
Gonzalez & Associates
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013-1906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AMERICAN HONDA FINANCE CORPORATION
3625 W. Royal Lane, Suite 200
Irving, TX 75063

(d)American Honda Finance
PO Box 60001
City of Industry, CA 91716

Toyota Financial Services
PO Box 60114
City of Industry, CA 91716

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Shoreline Westside Realty

(d)Los Angeles County Tax Collector
PO Box 54017
Los Angeles, CA 90054-0017

(d)Alek Hovsepian
c/o Law Office of Daren M. Schlecter
1875 Century Park East
Suite 1000
Los Angeles, CA 90067-2533

(u)Anahid Hovsepian

End of Label Matrix
Mailable recipients     52
Bypassed recipients      4
Total                   56

II.    **SERVED VIA U.S. MAIL**:

No. 1 State Plumbing
400 Glenoaks Blvd.
Burbank, CA 91502

Alek Hovsepian
400 Glenoaks Blvd.
Burbank, CA 91502

Susan Mai Truong, dba Modern Nails
415 East Magnolia Blvd.
Burbank, CA 91501

Michael R. Fukushima
Senior Vice President
Total Realty Group
3600 Wilshire Blvd., suite 300
Los Angeles, CA 90010

Ira Pouratian
JP & Assoc. Real Estate
325 N. Oakhurst Dr., #503
Beverly Hills, CA 90210

Scott Crane
NAI Capital
1640 S. Sepulveda Blvd, Suite 500
Los Angeles, CA 90025

III.    **SERVED VIA EMAIL**:

Michael R. Fukushima: mfukushima@total-investment.com

Steve Hovakimyan: Stevehovakimyan@remax.net; ezharry@aol.com

Richard Mayor: richard@rpmayerco.com

Ira Pouratian: irapou@yahoo.com

Raj kaul: RKaul@electroglas.com

Brian DeRosayro: rosayro@gmail.com

Cam Mersola: cammersola@yahoo.com

Scott Crane: Scrane@naicapital.com

Josephine Chung: josephinee@sbcglobal.net

Steven Guitierez-Kovner: sgutierrezkovner@cfgfs.com